IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

M/D RECEIVED
2014 MAY -1 P 12:35
DEBRA P. HACKETT
       CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

PETER MAKUSI OTEMBA OWUOR )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. ) CIVIL ACTION NO. 2:14-CV-320-MEF-TFM
 ) (To be supplied by Clerk of U.S. District
SHERIFF OF MONT. CO., D.T. MARSHAL; ) Court)
MONTGOMERY COUNTY COMMISSION; )
COLONEL, WANDA J. ROBINSON; )
Sgt. O. Richerdson; )
Officer F. Taggart; )
Gen. Library Officer, Henry. )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐   No ☒

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☒   NO ☐

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s) PETER MAKUSI OTEMBA OWUOR

         Defendant(s) Please See, Supplimental Page 1.

      2.   Court (if federal court, name the district; if state court, name the county)
         1. U.S. District Court For The Middle District of Alabama.
         2. U.S. District Court For The Western District of Louisiana.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 MAY -1 P 12: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

PETER M. OWUOR

V.

D.T. MARSHAL, et al.,

Civil Action No.: _____

## SUPPLIMENTAL PAGE # 1

Question No.: I. Previous law suits.

Question No.: C 1. Parties to previous Law Suits;

    DEFENDANTS: United States of America;
    United States Dept. of Homeland Security et al.;
    J.C. Welch et al.;
    Autauga County Commission et al.;
    Elmore County Commission et al.;
    Sgt. Fox et al.;
    Cathy Courville et al.

Question No.: C 5 Disposition of Case(s)

  (i). Owuor V. United States of America — Pending
  (ii). Owuor V. U.S. Dept. of Homeland Security et al. — Dismissed
  (iii). Owuor V. J.C. Welch et al. — Dismissed
  (iv). Owuor V. Autauga County Commission et al. — Dismissed
  (v). Owuor V. Sgt. Fox et al. — Settled
  (vi). Owuor V. Elmore County Commission et al. — Settled
  (vii) Owuor V. Courville et al. — Pending

3. Docket number  Unavailable

4. Name of judge to whom case was assigned  Unavailable Information.

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  See, Supplimental page 1

6. Approximate date of filing lawsuit  Unavailable Information

7. Approximate date of disposition  Unavailable Information

II. PLACE OF PRESENT CONFINEMENT  MONTGOMERY COUNTY DETENTION CENTRE. BOOKING No.: 73580. P.O. Box 4599 Mont. Al. 36103

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Same As Above. Montgomery County Detention Centre.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                              ADDRESS

1. SHERIFF, D.T. MARSHAL; P.O. Box 4219 Montgomery Al. 36103
2. Montgomery County Commission; 3052 Woodley Rd. Mont. Alabama.
3. Colonel, WANDA J. ROBINSON; Mont. Co. Jail. 115 S. Perry st. Mont. Al. 36104
4. Sgt. O. Richerdson; Mont. Co. Jail, 115 S. Perry st. Mont. Al. 36104
5. Officer, F. Taggart; Mont. Co. Jail, 115 S. Perry st. Mont. Al. 36104
6. Officer, Henry ; Mont. Co. Jail, 115 S. Perry st. Mont. Al. 36104

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  MARCH 17th 2014 to date. This violations are perpetual.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  VIOLATION OF MY "RIGHT OF ACCESS TO COURT" CLAUSE OF THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) The defendants abridged my right of access to Court by denying me access to their law library; meaningful access to law books and/or access to persons trained in the law. I am litigating several cases pro se, and I need access to a law library and/or law books and/or access to persons trained in the law to help me move this cases forward, and to file appeals in others. To this end, I have submitted numerous requests to the defendants (Col. Robinson and officer, Henry) prior to, and after a trial at the Montgomery Municipal Court. I was denied this access, and I grieved about the same. Since I lost that case (on the 8th of April 2014) I again submitted several requests for law library access so I can file an appeal to that conviction, however, I was denied access to the institution's law library. The appeal time has now run, and still I have not been afforded a law library to litigate other cases and file other appeals.

GROUND TWO: VIOLATION OF MY "FREEDOM OF RELIGION" CLAUSE OF THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION.

SUPPORTING FACTS: On several occasions these Defendants denied me access to religious material that was necessary for me to practice my religion. The facility 'returned to sender' mail sent to me that contained such religious material. Additionally the Defendants do not offer the same religious materials to allow me to practice my religion.

GROUND THREE: INTERFERRING WITH MY LEGAL MAIL BY BREECHING THE ATTORNEY CLIENT PRIVILEGE.

SUPPORTING FACTS: On several occasions these defendants opened or approved to be open, my legal and privileged mail outside of my presence. Further, legal material sent to me by my attorney was not only open outside of my presence, it was sent to the County attorneys office for their review of the same. This unwarranted Gov't. action has compromised my attorney-client privilege that is guaranteed me by the United States Constitution.

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

## SUPPLIMENTAL PAGE #2

Question #V

GROUND FOUR: VIOLATION OF MY FIRST AMENDMENT RIGHT TO ACCESS THE FREE WORLD BY ABRIDGING OR OTHERWISE DENYING ME ACCESS TO VISITORS, MY ATTORNEY, PRINTED MATERIAL (PERIODICALS) E.T.C.

SUPPORTING FACTS: So far, twice (on the 16th of April 2014, and on the 21st of April 2014), My attorney came to see me at the Montgomery County Jail and these defendants impermissibly restricted my visitation right with this attorney. Further, on the 23rd of April 2014 My visitor who drove all the way from Stone Mountain, Ga. to see me at the Montgomery County Jail was sent away without seeing me even though I, on the 20th of April, had included her name on my Visitation Card in Complience with the Jail rules. Additionally, Printed material sent to me has been 'returned to Sender' without the Jail offering any alternative to the same. There are no periodicals, newspapers, Magazines, Pamphlets, books etc, in circulation at the jail so as to inform me of what is going on in the outside world.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

SUPPLIMENTAL PAGE # 2(b)

Question # V

GROUND FIVE: RETALIATING AGAINST ME FOR FILING MULTIPLE GRIEVANCE FORMS COMPLAINING ABOUT THE CONDITIONS OF MY CONFINEMENT.

SUPPORTING FACTS: Since filing grievance forms and appeals to these grievance forms complaining about the grounds asserted in this Complaint, I have been subjected by these defendants to numerous acts of verbal and physical retaliation. This acts include verbal harassment from C. officers whose presice language made it obvious that they were responding to the aforementioned grievance forms I had filed. Additionally, I was falsely accused of violating jail rules, with the sole purpose of punishing me for filing grievances. On or about the 15th day of April 2014, I was placed in the facilities Special housing unit only because I spoke out against injustice.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. I Pray for Judgement in my favour, and in doing so, I be compensated for my loss, pain and suffering in an amount no less than $25,000,000.00 (twenty five Million dollars). Additionally, I pray for injunctive relief, to Wit: (1). A Court Order enjoining the defendants to afford me at the very least (the U.S. Supreme Court recommended) Five (5) hours per week of law library time in the institution's law library; (2). A Court Order enjoining the defendants to furnish me with my entire inmate file; A Court order enjoining the defendants to afford me at least one hour of sunshine and outdoor activities per day.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 29th 2014__.
         (Date)

_____
Signature of plaintiff(s)

Peter Makusi Otemba Owuor #141161
Montgomery County Detention Facility
PO Box 4599
Montgomery, AL 36103

PRIVILEGED MAIL

LEGAL MAIL

INMATE MAIL

The Clerk,
Ms. Debra P. Hackett
United States District Court
For the Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101