IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER MAKUSI OTEMBA OWUOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:14cv-320-WHA |
| ) | |
| SHERIFF OF MONT. CO., D. T. ) | (WO) |
| MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Peter Makusi Otemba Owuor, and this case is DISMISSED without prejudice.

DONE this 27th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE